**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Rd. Ste. 225
Mesa, Arizona 85210
phone: (480) 839-4828
fax: (480) 897-1461
heciii@haroldcampbell.com
john@haroldcampbell.com
Harold E. Campbell
State Bar No. 005160
John D. Yohe
State Bar No. 021636
*Attorney for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| MARK LOUIS NEBEL and AMY LEE NEBEL, | Case No. 3:15-bk-05163-PS |
| Debtors. | |

## MOTION FOR RECONSIDERATION

Debtors hereby move for reconsideration of this Court's order on June 16, 2016-Post Hearing Order Directing Turnover of Property ("Order")(DE #86) for the following reasons.

1. Counsel for the Trustee submitted the Order to counsel for Debtors for comment prior to lodging the Order with the Court. Debtors' counsel informed Trustee's counsel by email on June 12, 2016, that he objected to the form, to wit:

Dear Joel:
    Sorry we are having trouble hooking up. Since I am going to have to appeal this one I must make sure I have made the record. Where did this demand for interest come from at the end? There is no judgment in this matter. I can't have this in. Since this was never argued, to preserve this issue for appeal, I would need to have you lodge the order so I can object to it.
Regards,

Hal Campbell

Law Office of Campbell & Coombs
1811 South Alma School Road, Suite 225
Mesa, AZ 85210

2. Per the request of Debtors' counsel, Counsel for the Trustee did submit the Order to the Court on June 16, 2016 (Debtors' counsel is not alleging any impropriety

here).

3. On that same day, the Court signed the Order, without Debtors having a chance to object to the form. The Order was entered into ECF on June 17, 2016

4. Debtors' counsel received by ECF the signed Order on June 20, 2016. Before he saw the Order, Debtors' counsel filed his Objection to the lodged Order (DE #90).

5. Therefore, the signed Order must be vacated or reconsidered until the Court can consider Debtors' Objection to the lodged order. A copy of Debtors' Objection is attached hereto as Exhibit A.

**DATED** this 21st day of June, 2016.

CAMPBELL & COOMBS, P.C.

By _/s/ Harold E. Campbell_____
        Harold E. Campbell
        _Attorney for Debtors_

**ORIGINAL** filed ECF and **COPY** of the
foregoing e-mailed this 21st day of
June, 2016 to:

Joel F. Newell
LANE & NACH, P.C.
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 8501667
Joel.Newell@lane-nach.com
_Attorneys for Chapter 7 Trustee_

By: _/s/ Marykay Lipari_____